IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SYNOVUS BANK, f/k/a Columbus Bank and Trust Company,<br><br>      PLAINTIFF,<br><br>v.<br><br>ECAA, LLC and MICHAEL V. SHANNON,<br><br>      DEFENDANTS. | CIVIL ACTION NO.<br>4-11-cv-00144 (CDL) |

## NOTICE OF FILING PROOF OF SERVICE ON DEFENDANTS

    Plaintiff hereby gives notice that Defendants ECAA, LLC and Michael V. Shannon, by and through their attorney, accepted service of the Summonses and Complaint in the above-captioned action on October 18, 2011.  An Acknowledgment of Service is attached.

    Respectfully submitted this 20th day of October, 2011.

                                    ALSTON & BIRD LLP

                                    By:  /s  Joann E. Johnston
                                          CHRISTOPHER A. RILEY
                                          Georgia Bar Number 605634
                                          chris.riley@alston.com
                                          DAVID A. WENDER
                                          Georgia Bar Number 748117
                                          david.wender@alston.com
                                          JOANN E. JOHNSTON
                                          Georgia Bar Number 141222
                                          joann.johnston@alston.com
                                          1201 West Peachtree Street
                                          Atlanta, Georgia 30309-3424
                                          Telephone: (404) 881-7000
                                          Facsimile:  (404) 881-7777

                                       *Attorneys for Synovus Bank*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SYNOVUS BANK, f/k/a Columbus Bank and Trust Company, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ECAA, LLC, and MICHAEL V. SHANNON, )<br>)<br>DEFENDANTS. ) | CIVIL ACTION<br><br>FILE NO. 4-11-cv-144 |

## ACKNOWLEDGMENT OF SERVICE

I, J. Parker Gilbert hereby acknowledge service of the Summons and Complaint in the above-captioned action on behalf of ECAA, LLC, and Michael V. Shannon.

I serve as counsel for ECAA, LLC, and Michael V. Shannon, and am authorized to accept service on their behalf. Defendants specifically reserve any and all defenses and objections to the claims made in the Complaint, other than the defenses relating to service of process and sufficiency of service of process.

This 18th day of October, 2011

_____
J. Parker Gilbert, Esq.
The Law Offices of Cushing, Morris, Armbruster & Montgomery
191 Peachtree Street NE   Suite 4500
Atlanta, GA 30303
Telephone: (404) 521-2323
Facsimile: (404) 537-5975

*Counsel for ECAA, LLC, and Michael V. Shannon*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SYNOVUS BANK, f/k/a Columbus Bank and Trust Company,<br><br>    PLAINTIFF,<br><br>    v.<br><br>ECAA, LLC and MICHAEL V. SHANNON,<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br>4-11-cv-00144 (CDL) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused a true and correct copy of the foregoing **Notice of Filing Proof of Service on Defendants** to be served via U.S. Mail, postage prepaid and addressed as follows:

J. Parker Gilbert, Esq.
The Law Offices of Cushing, Morris, Ambruster & Montgomery
191 Peachtree Street NE
Suite 4500
Atlanta, Georgia 30303
*Counsel for Defendants*

This 20th day of October, 2011.

By:  /s  Joann E. Johnston
JOANN E. JOHNSTON
Georgia Bar Number 141222
joann.johnston@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
*Attorney for Plaintiff Synovus Bank*