IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SYNOVUS BANK, f/k/a Columbus Bank and Trust Company,<br><br>PLAINTIFF,<br><br>v.<br><br>ECAA, LLC and MICHAEL V. SHANNON,<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>4-11-cv-00144 (CDL) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, Plaintiff Synovus Bank and Defendants ECAA, LLC ("ECAA") and Michael Shannon ("Shannon") hereby stipulate and agree that the time for ECAA and Shannon to answer or otherwise respond to Plaintiff's Complaint is extended through and including November 30, 2011.

IT IS SO STIPULATED this 21st day of November, 2011.

| ALSTON & BIRD LLP | CUSHING, MORRIS, ARMBRUSTER & MONTGOMERY, LLP |
|---|---|
| By:  /s/  Joann E. Johnston<br>CHRISTOPHER A. RILEY<br>Georgia Bar Number 605634<br>chris.riley@alston.com<br>DAVID A. WENDER<br>Georgia Bar Number 748117<br>david.wender@alston.com<br>JOANN E. JOHNSTON<br>Georgia Bar Number 141222<br>joann.johnston@alston.com<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile:  (404) 881-7777 | By:   /s/  J. Parker Gilbert<br>J. PARKER GILBERT, ESQ.<br>Georgia Bar Number 294352<br>191 Peachtree Street, Suite 4500<br>Atlanta, Georgia 30303<br>Telephone: (404) 521-2323<br>Facsimile:  (404) 614-8109<br><br>*Attorneys for Defendant ECAA, LLC and Michael V. Shannon* |
| *Attorneys for Synovus Bank* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SYNOVUS BANK, f/k/a Columbus Bank and Trust Company,<br><br>PLAINTIFF,<br><br>v.<br><br>ECAA, LLC and MICHAEL V. SHANNON,<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>4-11-cv-00144 (CDL) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing **Stipulation for Extension of Time for Defendants to Answer or Otherwise Respond to Complaint** to be served via First Class Mail, postage prepaid, and email to the following:

J. Parker Gilbert, Esq.
Cushing, Morris, Armbruster & Montgomery, LLP
191 Peachtree Street
Suite 4500
Atlanta, Georgia 30303
*Attorney for Defendants ECAA, LLC and Michael Shannon*

This 21st day of November, 2011.

By:   /s/ Joann E. Johnston
JOANN E. JOHNSTON
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777

*Attorney for Plaintiff Synovus Bank*