# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8187
www.alston.com

**Joann E. Johnston**     Direct Dial: 404-881-4747     Email: joann.johnston@alston.com

December 15, 2011

VIA CM/ECF

Ms. Holly R. McCarra
Arbitration Clerk
United States District Court
Middle District of Georgia
PO Box 128
Macon, Georgia 31201-0128

Re:   *Synovus Bank v. ECAA, LLC et al*, Case No. 4-11-cv-144 (CDL)

*Synovus Bank v. Michael V. Shannon,* Case No. 4-11-cv-145 (CDL)

*Synovus Bank v. SSW & Bush Contractors, LLC, et al*, Case No. 4-11-cv-146 (CDL)

*Synovus Bank v. Shannon, Strobel & Weaver Constructors & Engineers, Inc. et al*, Case No. 4-11-cv-147 (CDL)

Dear Ms. McCarra:

We represent Plaintiff Synovus Bank, f/k/a Columbus Bank and Trust Company ("Synovus"), in each of the above-referenced actions. On December 5, 2011, we received letters referring these cases to arbitration and setting forth the process by which a party can withdraw from arbitration. This letter is to notify you that Synovus is withdrawing from arbitration in each of the above-referenced cases and does not consent to the arbitration of the claims in those cases at this time.

Thank you for your assistance. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

/s/ Joann Johnston

Joann E. Johnston